JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIA MIRELES aka MARIA LUISA MIRELES-POULAT; RICARDO IBRAHIM-HAKIM; AXA SEGUROS, S.A. de C.V., a Mexican Corporation; and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br><br>AXA SEGUROS, S.A. de C.V., a Mexican Corporation,<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>MARIA MIRELES aka MARIA LUISA MIRELES-POULAT; and RICARDO IBRAHIM-HAKIM.<br><br>　　　　Cross-Defendants. | Case No. 2:22-cv-01995-MWF (AFMx)<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with the Joint Stipulation of Dismissal]<br><br><br>Trial Date:　May 30, 2023 |

1

ORDER GRANTING THE PARTIES' STIPULATED DISMISSAL

This Court, having read and considered the papers filed for this Joint Stipulated Dismissal, is of the opinion that the case should be dismissed with prejudice subject to the terms submitted by the parties and as described below.

**IT IS ORDERED** that:

1. The Parties' Joint Stipulation of Dismissal is **GRANTED with prejudice**.
2. The interpleaded Surplus Funds in this Court's registry are directed to be disbursed to the trust account of AXA Seguros, S.A. de C.V.'s attorney of record.
3. Each party bears its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  March 31, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge